IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANELL D. PEPSON, individually, and as Trustee of the DANELL D. PEPSON LIVING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL GEOPHYSICAL SERVICES, INC.,<br><br>Defendant. | Civil Action - Law<br><br>NO. 2:10-cv-1542 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, Danell D. Pepson, individually, and as Trustee of the Danell D. Pepson Living Trust, and Defendant, Global Geophysical Services, Inc., hereby stipulate to the voluntary dismissal of the above-captioned action with prejudice as a consequence of a settlement.

**Counsel for Plaintiffs:**

By: _____   Date: Jan. 13, 2011
Anne N. John, Esquire
96 East Main Street
Uniontown, PA 15401

**Counsel for Defendant:**

By: _____   Date: January 13, 2011
Platte B. Moring, III, Esquire
White and Williams LLP
3701 Corporate Parkway, Suite 300
Center Valley, PA 18034

So Ordered
_____
Arthur J. Schwab USDJ
15 January 2011

7050408v.1